**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNY PAUL JOHNSON, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HALO CUSTOM GUITARS, INC., a California corporation; WAYLON FORD, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 07-07397 (JFW)(CWx)<br><br>**DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTERCLAIM** |

　　　THIS DISMISSAL IS MADE PURSUANT TO THE PARTIES STIPULATION FOR DISMISSAL.  The Court, having considered the stipulation of the parties Plaintiff LONNY PAUL JOHNSON and Defendants HALO CUSTOM GUITARS, INC. and WAYLON FORD through their respective attorneys of record, hereby enters, pursuant to Federal Rule of Civil Procedure 41(a)(1), a dismissal with prejudice of the entire Complaint filed by Plaintiff, subject to the terms of the parties' confidential Settlement Agreement.  Each side will bear its own costs, including

1 | attorneys' fees associated with the Complaint. This Court shall retain subject matter and personal jurisdiction over the parties for the purpose of interpretation or enforcement of the confidential Settlement Agreement between the parties.

Dated: September 10, 2008

_____
John F. Walter, U.S. District Judge